# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1081**                 **September Term, 2021**

EPA-87FR14332

Filed On: May 18, 2022 [1947083]

State of Ohio, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

Consolidated with 22-1084, 22-1085

## O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case Nos. 22-1084 and 22-1085 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 17, 2022 |
| Statement of Issues to be Raised | June 17, 2022 |

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                           BY:     /s/
                                    Lynda M. Flippin
                                    Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Agency Docketing Statement Form](#)