# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-1081**                          **September Term, 2021**

EPA-87FR14332

Filed On: June 30, 2022 [1952922]

State of Ohio, et al.,

         Petitioners

         v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

         Respondents

------------------------------

Advanced Energy Economy, et al.,
         Intervenors
------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

# O R D E R

Upon consideration of the motions for leave to intervene filed by:

Ford Motor Company, Volkswagen Group of America, Inc., American Honda Motor Co., Inc., BMW of North America, LLC, Volvo Car USA LLC, New York Power Authority, National Grid USA, Calpine Corporation, Advanced Energy Economy, Power Companies Climate Coalition, National Coalition for Advanced Transportation, State of Washington, District of Columbia, State of New Jersey, State of Maine, State of Hawaii, State of Illinois, State of Maryland, State of Colorado, State of Nevada, State of New York, State of Connecticut, State of Vermont, State of Rhode Island, State of North Carolina, State of California, State of New Mexico, State of Minnesota, State of Delaware, State of Oregon, City of New York, Commonwealth of Pennsylvania, Commonwealth of Massachusetts, City of Los Angeles, Clean Air Council, Natural Resources Defense Council, Public Citizen, Center for Biological Diversity, Environmental Defense Fund, Sierra Club, National Parks Conservation Association, Union of Concerned Scientists, Conservation Law Foundation, Environmental Law and Policy Center,

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-1081**                                           **September Term, 2021**

it is **ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                         BY:    /s/
                                     Laura M. Morgan
                                     Deputy Clerk