# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OHIO, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL PROTECTION AGENCY, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | No. 22-1081 (and consolidated cases) |

### NOTICE OF WITHDRAWAL OF DAVID S. FRANKEL AS COUNSEL FOR RESPONDENT-INTERVENOR COMMONWEALTH OF MASSACHUSETTS

Notice is hereby given that Respondent-Intervenor the Commonwealth of Massachusetts respectfully withdraws David S. Frankel as counsel in the above-captioned matter and consolidated cases. The Commonwealth will continue to be represented by all other counsel of record at the Massachusetts Attorney General's Office.

Respectfully submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

By its attorney:

MAURA HEALEY

/s/ David S. Frankel
David S. Frankel
Special Assistant Attorney General
Environmental Protection Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2294
david.frankel@mass.gov

Dated: July 12, 2022

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of July, 2022, the foregoing Notice of Withdrawal of Counsel was filed with the Clerk of the Court and served on the counsel of record for all parties through the CM/ECF system.

/s/ David S. Frankel
David S. Frankel
