# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| State of Ohio, et al, | ) | |
|         Petitioner, | ) | |
| | ) | |
| v. | ) | No. 22-1081 and consolidated cases |
| | ) | |
| EPA, et al, | ) | |
|         Respondent. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Benjamin Longstreth, withdraws his appearance for Intervenor Natural Resources Defense Council. David Doniger and Ian Fein continue to represent Intervenor Natural Resources Defense Council in this matter.

Dated: August 23, 2022

Respectfully Submitted,

/s/ Benjamin Longstreth
Benjamin Longstreth
Natural Resources Defense Council
1152 15th St NW, Washington, D.C., DC 20005
(202) 289-6868
blongstreth@nrdc.org

*Counsel for Natural Resources Defense Council*

# CERTIFICATE OF SERVICE

I certify that on this 23rd day of August, 2022, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

<u>/s/ Benjamin Longstreth</u>
Benjamin Longstreth