**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 22−1081

Generated: 07/30/2026 23:59:38

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 11/02/2022 | Addendum<br>**DOCUMENT COULD NOT BE RETRIEVED!** | | *CORRECTED* PETITIONER BRIEF [1971738] filed by State of Ohio, State of Alabama, State of Arkansas, State of Georgia, State of Indiana, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Texas, State of Utah and State of West Virginia in 22−1081 [Service Date: 11/02/2022 ] Length of Brief: 8,448 Words. [22−1081, 22−1083, 22−1084, 22−1085] (Flowers, Benjamin) |