# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1081**                         **September Term, 2022**

EPA-87FR14332

**Filed On: August 9, 2023** [2011544]

State of Ohio, et al.,

        Petitioners

        v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

        Respondents

------------------------------

Advanced Energy United, et al.,
        Intervenors

------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

## O R D E R

Upon consideration of the motion of petitioners the States of Ohio, et al. for leave to supplement the record, the oppositions thereto, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                     BY:      /s/
                                 Michael C. McGrail
                                 Deputy Clerk