# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1081**  September Term, 2022

EPA-87FR14332

**Filed On:** August 18, 2023

State of Ohio, et al.,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

Advanced Energy United, et al.,
       Intervenors

------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

     **BEFORE:**    Wilkins, Childs, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the proposed oral argument formats, it is

**ORDERED** that the following format apply in these consolidated cases, which are scheduled for oral argument before this panel at 9:30 a.m. on Friday, September 15, 2023:

| **Part I** | **Time Allotted** | **Counsel** |
|---|---|---|
| *Fuel Petitioners* | 19 minutes | Jeffrey Wall |
|    Standing and zone of interests | | |
|    Clean Air Act authority and reconsideration authority | | |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1081**                                                   **September Term, 2022**

| | | |
|---|---|---|
| *Respondent EPA* | 13 minutes | Chloe Kolman |
| *Respondent-Intervenor California* | 6 minutes | Elaine Meckenstock |

| **Part II** | **Time Allotted** | **Counsel** |
|---|---|---|
| *State Petitioners* | 11 minutes | Benjamin Flowers |

    Standing and zone of interests

    Equal sovereignty

    Energy Policy and Conservation Act

| | | |
|---|---|---|
| *Respondent EPA* | 7 minutes | Eric Hostetler |
| *Respondent-Intervenor California* | 4 minutes | Elaine Meckenstock |

    Argument will be conducted in the order listed.  In each part, petitioners should reserve time from their allotments for rebuttal.  Form 72 should be completed and submitted by September 8, 2023.

**Per Curiam**

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)