# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

State of Ohio, *et al.*,

    *Petitioners,*

v.            No. 22-1081
              (and consolidated cases)

U.S. Environmental Protection Agency, *et al.*,

    *Respondents.*
_____

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

  Thomas M. Fisher, Solicitor General, hereby requests this Court grant leave to withdraw his appearance as counsel for the State of Indiana.

  The appearance of James A. Barta, on behalf of the State of Indiana, remains in place, and all pleadings, orders, and entries should be served on him.

            Respectfully submitted,

            THEODORE E. ROKITA
            Indiana Attorney General

Date: September 8, 2023     */s/ Thomas M. Fisher*
            THOMAS M. FISHER
            Solicitor General
            Office of the Attorney General
            302 W. Washington St.
            IGCS 5th Floor
            Indianapolis, IN 46204-2770
            Phone: (317) 233-0422
            Fax: (317) 232-7979
            Email: Thomas.Fisher@atg.in.gov

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Thomas M. Fisher*
THOMAS M. FISHER
Solicitor General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6255
Facsimile: (317) 232-7979
Tom.Fisher@atg.in.gov