IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OHIO, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | No. 22-1081 (and consolidated cases) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Michael J. Fischer, withdraws his appearance for Respondent-Intervenor Commonwealth of Pennsylvania. Ann Johnston continues to represent the Commonwealth of Pennsylvania in this matter.

Dated: October 11, 2023

Respectfully Submitted,

*/s Michael J. Fischer*
MICHAEL J. FISCHER
Executive Deputy General Counsel
Governor's Office of General Counsel
333 Market St., 17th Floor
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2023, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

                                                */s Michael J. Fischer*
                                                Michael J. Fischer