# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of Ohio, et al.

**v.** EPA, et al.

**Case No:** 22-1081

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Ohio

### Counsel Information

**Lead Counsel:** T. Elliot Gaiser

**Direct Phone:** (614) 728-7511  **Fax:** (614) 466-5087  **Email:** thomas.gaiser@ohioago.gov

**2nd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**Firm Name:** Office of the Ohio Attorney General

**Firm Address:** 30 E. Broad St., Columbus, OH 43215

**Firm Phone:** (614) 466-8980  **Fax:** (614) 466-5087  **Email:** thomas.gaiser@ohioago.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)