# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-1081**                      **September Term, 2023**

EPA-87FR14332

Filed On: June 3, 2024 [2057634]

State of Ohio, et al.,

        Petitioners

        v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

        Respondents

------------------------------

Advanced Energy United, et al.,
        Intervenors

------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

## **M A N D A T E**

     In accordance with the judgment of April 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                         BY:     /s/
                                       Daniel J. Reidy
                                       Deputy Clerk

Link to the judgment filed April 9, 2024