UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OHIO, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Respondents,<br><br>ADVANCED ENERGY UNITED, *et al.*,<br><br>    Intervenors. | Case No. 22-1081 |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned counsel, Patrick Veasy, withdraws his appearance for Amicus California Manufacturers & Technology Association (CMTA) and California Business Roundtable (CBR) as he is no longer at the law firm of Downey Brand LLP. Dale Stern of Downey Brand LLP will continue to serve as counsel for CMTA and CBR in this matter.

DATED: December 2, 2024                  STOEL RIVES LLP

                                                          /s/ Patrick F. Veasy
                                                          Patrick F. Veasy
                                                          STOEL RIVES LLP
                                                          500 Capitol Mall, Suite 1600
                                                          Sacramento, California 96814
                                                          Phone: (916) 447-0700
                                                          Email: patrick.veasy@stoel.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2024, the foregoing document was filed via CMF/ECF.  Service was accomplished on all parties or their counsel of record via CMF/ECF.

/s/ Patrick F. Veasy