# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 20, 2025

Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

    Re:  Diamond Alternative Energy, LLC, et al.
           v. Environmental Protection Agency, et al.
           No. 24-7
           (Your No. 22-1081, 22-1083, 22-1084, 22-1085)

Dear Clerk:

      The opinion of this Court was announced today in the above stated case.  A copy of the opinion is available on the Court's website at www.supremecourt.gov.

      The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk

by