UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of Ohio, et al.,<br><br>              Petitioners,<br><br>   v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator,<br><br>              Respondents. | No. 22-1081 and consolidated cases |

**Motion for an Extension in Light of Lapse of Appropriations**

EPA moves, under Circuit Rule 27(g), to extend the deadline to file motions to govern, to the later of (1) two weeks after appropriations are restored, or (2) November 20, 2025. State and Industry Petitioners consent. State Intervenors take no position. Intervenors who are nonprofit groups, energy groups, the National Coalition for Advanced Transportation, and Ford Motor Company do not oppose. EPA was unable to obtain the positions of the remaining intervenors.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive

1

agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. In addition, EPA's litigation counsel is scheduled to be out of the country from October 19 through November 5, 2025.

4. EPA thus requests an extension of the October 14, 2025, deadline for parties to file motions to govern, to the later of (1) two weeks after appropriations are restored, or (2) November 20, 2025. *See* Per Curiam Order (Sept. 29, 2025).

Although we greatly regret any disruption caused to the Court and the other litigants, the Government moves for an extension of the deadline to file motions to govern.

Submitted on October 7, 2025.

                                                  */s/ Sue Chen*
                                           Sue Chen
                                           U.S. Department of Justice
                                           Environment & Natural Resources Division
                                           Environmental Defense Section
                                           P.O. Box 7611
                                           Washington, D.C. 20044
                                           Tel: (202) 305-0283
                                           Sue.Chen@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 256 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on October 7, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Sue Chen*
Sue Chen
