| | |
|---|---|
| **No. 22-1081** | **September Term, 2025** |
| | EPA-87FR14332 |
| | **Filed On:** December 15, 2025 |

State of Ohio, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

    Respondents

------------------------------

Advanced Energy United, et al.,
    Intervenors
------------------------------

Consolidated with 22-1083, 22-1084, 22-1085

    **BEFORE:**    Wilkins, Childs, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of respondents' motion to hold these cases in abeyance, it is

    **ORDERED** that the motion be granted and these cases are hereby held in abeyance for 90 days.

    The parties are directed to file motions to govern further proceedings by March 16, 2026.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                           Daniel J. Reidy
                           Deputy Clerk