**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF OHIO, *et al.*,<br><br>                         Petitioners,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>                         Respondents,<br><br>ADVANCED ENERGY ECONOMY, *et al.*,<br><br>                         Intervenors. | No. 22-1081<br>(and consolidated cases) |

**NOTICE OF SENATOR TOM CARPER, CHAIRMAN OF THE U.S. SENATE COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS, AND REPRESENTATIVE FRANK PALLONE, JR., RANKING MEMBER OF THE U.S. HOUSE COMMITTEE ON ENERGY AND COMMERCE, OF INTENT TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF RESPONDENTS**

Pursuant to D.C. Circuit Rule 29(b), Senator Tom Carper, Chairman of the

U.S. Senate Committee on Environment and Public Works, and Representative

Frank Pallone, Jr., Ranking Member of the U.S. House Committee on Energy and

1

Commerce ("*Amici*"), respectfully notify this Court of their intent to file a brief as *amici curiae* in support of Respondents by January 20, 2023, in accordance with the briefing schedule issued by this Court on September 22, 2022 (ECF No. 1965631). *Amici* certify that all parties in these consolidated proceedings have consented to the filing of their amicus brief.

Pursuant to D.C. Circuit Rule 29(b) and Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), *Amici* state that no party to their forthcoming brief is a publicly held corporation, issues stock, or has a parent corporation.

                                          Respectfully submitted,

                                          */s/*_____
                                          CARA A. HOROWITZ
                                          D.C. Circuit Bar No. 56629
                                          DANIEL N. CARPENTER-GOLD
                                          GABRIEL F. GREIF
                                          Frank G. Wells Environmental Law Clinic
                                          UCLA School of Law
                                          405 Hilgard Avenue
                                          Los Angeles, CA 90095
                                          Tel: (310) 206-4033
                                          horowitz.elc@law.ucla.edu

                                          *Counsel for* Amici Curiae

January 19, 2023

# CERTIFICATE OF SERVICE

    I hereby certify that, on January 19, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.

                                                         Respectfully submitted,

                                                         */s/*_____
                                                         CARA A. HOROWITZ

January 19, 2023